IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Case No. 05-cv-00480-MSK-CBS

SECURITIES AND EXCHANGE COMMISSION,

      Plaintiff,

v.

JOSEPH P. NACCHIO,
ROBERT S. WOODRUFF,
ROBIN R. SZELIGA,
AFSHIN MOHEBBI,
GREGORY M. CASEY,
JAMES J. KOZLOWSKI, and
FRANK T. NOYES,

      Defendants.

---

### ORDER RE: MOTION OF DEFENDANT JAMES J. KOZLOWSKI FOR CLARIFICATION OF AUGUST 15, 2005 ORDER AND NOTICE OF LAW AND MOTION HEARING (DOCKET NO. 121), AND REQUEST THAT COUNSEL FOR DEFENDANTS OTHER THAN MR. CASEY BE EXCUSED FROM ATTENDING

---

This matter having come before the Court on the Motion of James J. Kozlowski for

Clarification of August 15, 2005 Order and Notice and Law and Motion Hearing (Docket No.

121), and his request that counsel for Defendants other than Mr. Casey be excused from

attending,

IT IS HEREBY ORDERED that Counsel for Defendants other than Mr. Casey are

excused from attending the September 7, 2005  hearing.

DATED this 24th day of August, 2005.

**BY THE COURT:**

Marcia S. Krieger
United States District Judge