IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Case No. 05-cv-00480-MSK-CBS

SECURITIES AND EXCHANGE COMMISSION,

Plaintiff,

v.

JOSEPH P. NACCHIO,
ROBERT S. WOODRUFF,
ROBIN R. SZELIGA,
AFSHIN MOHEBBI,
JAMES J. KOZLOWSKI, and
FRANK T. NOYES,

Defendants.

_____

## ORDER AMENDING THE CAPTION
_____

THIS MATTER having come before the Court, *sua sponte*, and the record revealing that

final judgment as to Defendant Gregory M. Casey was entered on September 7, 2005,

IT IS ORDERED that the caption be amended to omit Gregory M. Casey.

Dated this 5th day of October, 2005.

BY THE COURT:

_____

Marcia S. Krieger
United States District Judge