IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 05-cv-00480-MSK-CBS

SECURITIES AND EXCHANGE COMMISSION,

    Plaintiff,

v.

JOSEPH P. NACCHIO,
ROBERT S. WOODRUFF,
ROBIN R. SZELIGA,
AFSHIN MOHEBBI,
JAMES J. KOZLOWSKI, and
FRANK T. NOYES,

    Defendants.
_____

### ORDER DENYING MOTION TO WITHDRAW AND MOTION FOR LEAVE TO AMEND ANSWER AS MOOT
_____

**THIS MATTER** comes before the Court pursuant to Defendant James Kozlowski's Motion for Leave to Amend Answer **(# 184)** and Motion to Withdraw that Motion **(# 189)**.

For the reasons stated in the Motion to Withdraw, the Motion for Leave to Amend is **DENIED** as moot. Because the Motion for Leave to Amend is denied, the Motion to Withdraw is **DENIED** as moot.

Dated this 12th day of April, 2006.

                                      **BY THE COURT:**

                                      *[signature: Marcia S. Krieger]*

                                      Marcia S. Krieger
                                      United States District Judge