IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

Civil Action No. 05-cv-00480-MSK-CBS

SECURITIES AND EXCHANGE COMMISSION,

    Plaintiff,

v.

JOSEPH P. NACCHIO,
ROBERT S. WOODRUFF,
ROBIN R. SZELIGA,
AFSHIN MOHEBBI,
JAMES J. KOZLOWSKI, and
FRANK T. NOYES,

    Defendants.

## PROTECTIVE ORDER

The Court, upon consideration of the Government's Motion for Protective Order as Intervenor in the above-captioned case, hereby grants the Protective Order as follows:

1.    Plaintiff Securities and Exchange Commission shall produce to Defendant Kozlowski, the documents previously identified by the S.E.C. as having been provided to it by the Department of Justice ("The Information").

2.    The defendants may use the Information provided as is reasonably necessary to their defense of the above-captioned case, and shall otherwise maintain the Information in confidence.

3.    To the extent that the Defendants are required to disclose the Information to any third party in the course of defending, they will notify such third party of this Order and will disclose the Information to such third party only after such third party has agreed to be bound by

this Order.

      4.      At the conclusion of this case, including any period of appeal, the Defendants shall return the Information to the Department of Justice.

DATED at Denver, Colorado, this 26th day of April, 2006.

                                BY THE COURT:

                                *s/Craig B. Shaffer*
                                Craig B. Shaffer
                                United States Magistrate Judge