IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 05-cv-00480-MSK-CBS

SECURITIES AND EXCHANGE COMMISSION,

    Plaintiff,

v.

JOSEPH P. NACCHIO,
ROBERT S. WOODRUFF,
ROBIN R. SZELIGA,
AFSHIN MOHEBBI,
JAMES J. KOZLOWSKI, and
FRANK T. NOYES,

    Defendants.
_____

### ORDER GRANTING WITHDRAWAL OF APPEARANCE
_____

**THIS MATTER** comes before the Court on the Unopposed Motion for Withdrawal of Appearance **(#227)**. The Court being fully advised in the premises,

**ORDERS** that the Unopposed Motion for Withdrawal of Appearance **(#227) is GRANTED** and Noah D. Genel shall be permitted to withdraw immediately as counsel of record for defendant Afshin Mohebbi.

Dated this 4th day of August, 2006.

                              **BY THE COURT:**

                              */s/ Marcia S. Krieger*
                              _____

                              Marcia S. Krieger
                              United States District Judge