IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

Civil Action No. 05-cv-00480-MSK-CBS

SECURITIES AND EXCHANGE COMMISSION,

    Plaintiff,

v.

JOSEPH P. NACCHIO,
ROBERT S. WOODRUFF,
ROBIN R. SZELIGA,
AFSHIN MOHEBBI,
JAMES J. KOZLOWSKI, and
FRANK T. NOYES,

    Defendants.

## MINUTE ORDER

**ORDER ENTERED BY MAGISTRATE JUDGE CRAIG B. SHAFFER**

It is hereby **ORDERED** that Defendant's Unopposed Motion by the United States for Leave to File an Updated Status Report (*doc. no. 246)* is **GRANTED**.  As of the date of this order, the Clerk's office is instructed to accept for filing, Status Report of Intervenor United States (*doc no. 246-2*) tendered to the court on September 11, 2006.

**DATED:**    September 13, 2006