**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Craig B. Shaffer**

| | |
|---|---|
| **Civil Action No.: 05-cv-00480-MSK-CBS** | **FTR**-Reporter Deck-Courtroom A402 |
| **Date: December 11, 2006** | **Courtroom Deputy:** Ben Van Dyke |

SECURITIES AND EXCHANGE COMMISSION,          Polly A. Atkinson
                                                                                            Thomas J. Krysa
    **Plaintiff,**

v.

JOSEPH P. NACCHIO, *et al.*,          Joel M. Silverstein, via telephone
                                                          David Meister, via telephone
                                                          Richard B. Caschette
                                                          Patrick J. Burke
                                                          Paul R. Grand, via telephone
                                                          Kristy Watson Milkov, via telephone
                                                          Kevin D. Evans
                                                          Phillip L. Douglas
    **Defendants.**          Forrest W. Lewis

**COURTROOM MINUTES/MINUTE ORDER**

**HEARING:   TELEPHONIC DISCOVERY CONFERENCE**
**Court in Session:      10:02 a.m.**
Court calls case.  Appearances of counsel.

Counsel present arguments regarding the Motion of James J. Kozlowski to Compel in Connection with Request No. 20 of His Requests for Production to the Securities and Exchange Commission, and D.C.COLO.LCivR 7.1A Certification dated October 13, 2006 (doc. 255).

**ORDERED:**   The Motion of James J. Kozlowski to Compel in Connection with Request No. 20 of His Requests for Production to the Securities and Exchange Commission, and D.C.COLO.LCivR 7.1A Certification dated October 13, 2006 (doc. 255) is taken under advisement.

**ORDERED:**   The Securities and Exchange Commission may supplement its response with documents for *in camera* review.  The documents shall be provided by the close of business on December 15, 2006.

**ORDERED:   Counsel shall provide written Status Reports to the Court by the close of business on January 5, 2007.**

**HEARING CONCLUDED.**
**Court in Recess:      11:10 a.m.**
Total In-Court Time:     01:08