**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
U.S. Magistrate Judge Craig B. Shaffer**

| | |
|---|---|
| **Civil Action: 05-cv-00480-MSK-CBS** | **FTR** - Reporter Deck-Courtroom A402 |
| **Date: April 6, 2007** | **Courtroom Deputy:** Ben Van Dyke |

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | Polly A. Atkinson |
| | Thomas J. Krysa |
| **Plaintiff,** | |
| v. | |
| JOSEPH P. NACCHIO, *et al.*, | Joel M. Silverstein |
| | Terry Trantina, via telephone |
| | David Meister, via telephone |
| | James Miller |
| | Paul R. Grand, via telephone |
| | Kristy Watson Milkov, via telephone |
| | Kevin D. Evans |
| | Forrest W. Lewis |
| **Defendants.** | |
| UNITED STATES OF AMERICA, | Kevin T. Traskos |
| **Intervenor.** | |

**COURTROOM MINUTES/MINUTE ORDER**

**HEARING:   RULE 16(b) SCHEDULING CONFERENCE**
**Court in session:       8:00 a.m.**
Court calls case. Appearances of counsel. Counsel for Qwest Communications are also present on the telephone.

Counsel discuss Plaintiff's Motion to Amend the Complaint [filed January 11, 2007; doc. 273] with the Court.

**ORDERED:**   Plaintiff's oral motion to withdraw the Motion to Amend the Complaint [filed January 11, 2007; doc. 273] is granted. Plaintiff's Motion to Amend the Complaint [filed January 11, 2007; doc. 273] is therefore denied without prejudice.

**ORDERED:**   The Motion of Defendants Joseph P. Nacchio, Afshin Mohebbi, James J. Kozlowski, and Frank T. Noyes to Strike Gregory Casey's Unauthorized "Response" to the SEC's Motion for Leave to Further Amend its Amended Complaint [filed January 30, 2007; doc. 282] is denied as moot.

**ORDERED:** Written discovery may go forward for defendants Robert S. Woodruff and Afshin Mohebbi.

**ORDERED:** Written discovery shall be completed for all parties except defendant Nacchio by June 15, 2007. All written discovery must be propounded by May 11, 2007.

**ORDERED:** The parties shall conduct an in-person Rule 26(f) conference by April 30, 2007.

**ORDERED:** A representative for the SEC and for the defendants shall meet with counsel for the shareholder classaction lawsuits by May 31, 2007.

**ORDERED:** A Scheduling Conference is set for June 27, 2007 at 1:30 p.m. Counsel shall submit a proposed scheduling order by June 18, 2007.

**ORDERED:** Counsel for the SEC and defendant Nacchio shall contact Magistrate Judge Shaffer's chambers within seventy-two (72) of a verdict in the criminal trial to set a status conference.

HEARING CONCLUDED.
**Court in recess:**     9:55 a.m.
Total time in court:    01:55