**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Craig B. Shaffer**

| | |
|---|---|
| **Civil Action No.: 05-cv-00480-MSK-CBS** | FTR - Reporter Deck - Courtroom A402 |
| **Date:  May 24, 2007** | **Courtroom Deputy:** Ben Van Dyke |

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | Polly A. Atkinson, via telephone |
| | Chris Friedman, via telephone |
| **Plaintiff,** | Thomas J. Krysa, via telephone |
| v. | |
| JOSEPH P. NACCHIO, *et al.*, | Joel M. Silverstein, via telephone |
| | Terry Trantina, via telephone |
| | Jeffrey Speiser, via telephone |
| | David Meister, via telephone |
| | James Miller, via telephone |
| | Patrick J. Burke |
| | Kristy Watson Milkov, via telephone |
| | Kevin D. Evans |
| | Forrest W. Lewis |
| **Defendants.** | |
| UNITED STATES OF AMERICA, | Kevin T. Traskos |
| **Intervenor.** | |

**COURTROOM MINUTES/MINUTE ORDER**

**HEARING:   STATUS CONFERENCE**
**Court in Session:       1:04 p.m.**
Court calls case.  Appearances of counsel.  Counsel for Qwest Communications are also present on the telephone.

**ORDERED:**   **The Unopposed Motion of Defendant Joseph P. Nacchio for a Protective Order Deferring His Answer and Certain Discovery Against Him [filed May 16, 2007; doc. 293] is granted in part and denied in part for the reasons stated on the record.  The motion is granted as to requests #1, #2, #3, and #4; and the motion is denied without prejudice as to request #5.**

HEARING CONCLUDED.

**Court in Recess:**     **1:14 p.m.**
Total In-Court Time:     00:10