**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Craig B. Shaffer**

| | |
|---|---|
| Civil Action No.: 05-cv-00480-MSK-CBS | FTR - Reporter Deck - Courtroom A402 |
| Date: February 4, 2008 | Courtroom Deputy: Ben Van Dyke |

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | Polly A. Atkinson |
| | Chris Friedman |
| | Barbara T. Wells |
| | Samuel Forstein, via telephone |
| **Plaintiff,** | Timothy McGarey, via telephone |
| v. | |
| JOSEPH P. NACCHIO, *et al.*, | Jeffrey Speiser |
| | Edward S. Nathan |
| | Joel M. Silverstein, via telephone |
| | Terry Trantina, via telephone |
| | Mark W. Rufolo, via telephone |
| | David Meister |
| | James Miller |
| | Patrick J. Burke |
| | Paul Grand, via telephone |
| | Jennifer L. Achilles, via telephone |
| | Kevin D. Evans |
| | Phillip L. Douglas |
| **Defendants.** | Forrest W. Lewis |
| UNITED STATES OF AMERICA, | Kevin T. Traskos |
| | Karen K. Richardson |
| **Intervenor.** | Peter D. Leary |

**COURTROOM MINUTES/MINUTE ORDER**

**HEARING: MOTIONS HEARING**
**Court in Session: 2:02 p.m.**
Court calls case. Appearances of counsel. Counsel for Qwest Communications are also present on the telephone for the hearing.

Counsel present arguments regarding the Motion for Protective Order or Other Relief as to Subpoenas Issued to the Plaintiff Securities and Exchange Commission [filed November 19, 2007; doc. 327].

**ORDERED:** The Motion for Protective Order or Other Relief as to Subpoenas Issued to the Plaintiff Securities and Exchange Commission [filed November 19, 2007; doc. 327] is denied without prejudice for the reasons stated on the record.

Counsel present arguments regarding the United States' Statement of Interest and Motion for Entry of Protective Order [filed November 19, 2007; doc. 328].

**ORDERED:** The United States' Statement of Interest and Motion for Entry of Protective Order [filed November 19, 2007; doc. 328] is granted for the reasons stated on the record. The protective order shall be effective for the next sixty (60) days consistent with the statements made on the record.

The SEC shall issue a notice within thirty (30) days stating what their intention is regarding the filing of an amended complaint.

HEARING CONCLUDED.

**Court in recess:** 3:54 p.m.
Total time in court: 01:52