# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
## Magistrate Judge Craig B. Shaffer

| | |
|---|---|
| **Civil Action No.:** 05-cv-00480-MSK-CBS | **FTR** - Reporter Deck - Courtroom A402 |
| **Date:** July 9, 2008 | **Courtroom Deputy:** Ben Van Dyke |

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | Polly A. Atkinson |
| | Thomas J. Krysa |
| **Plaintiff,** | Chris Friedman |
| | |
| v. | |
| | |
| JOSEPH P. NACCHIO, *et al.*, | Jeffrey Speiser |
| | Joel M. Silverstein |
| | David Meister, via telephone |
| | Paul Grand, via telephone |
| | Jennifer L. Achilles, via telephone |
| | Kristy Watson Milkov, via telephone |
| | Kevin D. Evans |
| | Phillip L. Douglass |
| **Defendants.** | Forrest W. Lewis |
| | |
| UNITED STATES OF AMERICA, | Kevin T. Traskos |
| | Caroline Woolverton, via telephone |
| **Intervenor.** | Peter D. Leary, via telephone |

## COURTROOM MINUTES/MINUTE ORDER

**HEARING:** DISCOVERY CONFERENCE
**Court in Session:** 1:30 p.m.

Court calls case. Appearances of counsel. Counsel for Qwest Communications are also present on the telephone.

Counsel discuss their discovery disputes with the court.

**ORDERED:** The Motion by the United States for Limited Protective Order Staying Scheduled Depositions of Witnesses from Criminal Trial [filed July 7, 2008; doc. 411] is granted for the reason stated on the record. The order shall apply to deponents Lee Wolfe, Greg Casey, Afshin Mohebbi, and Robin Szeliga for sixty-five (65) days.

HEARING CONCLUDED.
**Court in recess:** **2:01 p.m.**
Total time in court: 00:31