IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

Civil Action No. 05-cv-00480-MSK-CBS

SECURITIES AND EXCHANGE COMMISSION,

    Plaintiff,

v.

JOSEPH P. NACCHIO,
ROBERT S. WOODRUFF,
AFSHIN MOHEBBI,
JAMES J. KOZLOWSKI, and
FRANK T. NOYES,

    Defendants.

# MINUTE ORDER

**ORDER ENTERED BY MAGISTRATE JUDGE CRAIG B. SHAFFER**

    IT IS HEREBY ORDERED that Defendant Mohebbi's Unopposed Motion to Implement a Briefing Schedule for His Motion to Dismiss the Corrected Second Amended Complaint (*doc. no. 433*) is GRANTED. Mr. Mohebbi's 12(b)(6) motion shall be filed on July 29, 2008; the SEC's opposition shall be filed on August 18, 2008; and Mr. Mohebbi's reply shall be filed on September 2, 2008.

**DATED:**    July 16, 2008