IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

Civil Action No. 05-cv-00480-MSK-CBS

SECURITIES AND EXCHANGE COMMISSION,

    Plaintiff,

v.

JOSEPH P. NACCHIO,
ROBERT S. WOODRUFF,
AFSHIN MOHEBBI,
JAMES J. KOZLOWSKI, and
FRANK T. NOYES,

    Defendants.

## MINUTE ORDER

**ORDER ENTERED BY MAGISTRATE JUDGE CRAIG B. SHAFFER**

    THIS MATTER IS before the court on various pending motions.

    First is Defendant Kozlowski's Unopposed Motion for Extension of Discovery and Dispositive Motion Dates, and Local Rule 7.1A Certification (*doc. no. 426*). For good cause shown the instant motion is GRANTED and the court will extend the following deadlines as indicated:

| | |
|---|---|
| Fact discovery deadline | **December 8, 2008** |
| Rule 26(a)(2) affirmative expert disclosures | **January 5, 2009** |
| Rule 26(a)(2) rebuttal expert disclosures | **February 6, 2009** |
| Rule 702 motions | **March 6, 2009** |
| Dispositive motions deadline | **March 6, 2009** |

    Second is non-party Mark Iwan's Motion to Quash Subpoena (*doc. no. 439*).

    IT IS ORDERED that the motion to quash is GRANTED. The third-party subpoena served upon non-party Mark Iwan will be quashed, without prejudice to any party's right to re-serve a subpoena should

Mr. Iwan's medical condition improve to such a degree as to make a deposition both medically and physically possible.

Further pending before the court is a Consent Motion to Seal (*doc. no. 436*) filed by non- party Mark Iwan.

In accordance with D.C.COLOL.CIVR. 7.2 the motion was posted to the public, to allow for any objection(s) to the sealing of the motion/exhibit. There being no timely objections filed, and as the motion establishes compelling reasons for sealing the subject documents, it is hereby ORDERED that the motion to seal is GRANTED.

Lastly, it is ORDERED that Defendant Noyes' Unopposed Motion for Extension of Time to Respond to Plaintiff's Corrected Second Amended Complaint (*doc. no. 445*) is GRANTED. The deadline for Mr. Noyes to respond is extended to on or before **August 25, 2008**.

**DATED:** August 4, 2008