**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Craig B. Shaffer**

| | |
|---|---|
| **Civil Action No.: 05-cv-00480-MSK-CBS** | **FTR** - Reporter Deck - Courtroom A402 |
| **Date: December 9, 2008** | **Courtroom Deputy:** Ben Van Dyke |

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | Polly A. Atkinson |
| | Barbara T. Wells |
| | Timothy McGarey, via telephone |
| **Plaintiff,** | |
| v. | |
| JOSEPH P. NACCHIO, *et al.*, | Jeffrey Speiser, via telephone |
| | James D. Miller, via telephone |
| | David Meister, via telephone |
| | Andrew Good, via telephone |
| | Paul R. Grand, via telephone |
| | Jennifer L. Achilles, via telephone |
| | Jasmine M. Juteau, via telephone |
| | Forrest W. Lewis |
| | Patrick J. Burke |
| | Kevin D. Evans |
| **Defendants.** | Phillip L. Douglass |
| UNITED STATES OF AMERICA, | Peter D. Leary, via telephone |
| | Kevin T. Traskos |
| **Intervenor.** | |

## COURTROOM MINUTES/MINUTE ORDER

**HEARING:  MOTION HEARING**
**Court in Session:     1:34 p.m.**
Court calls case.  Appearances of counsel.

Counsel for the parties present argument regarding the motions pending before the court.

**ORDERED:**   Defendants' Motion to Compel Rule 30(b)(6) Witnesses of the SEC Division of Corporation Finance and Office of Chief Accountant to Answer Questions that They were Directed by SEC Counsel Not to Answer on Ground of Deliberative Process Privilege, and to Compel the SEC to Produce Related Documents Previously Withheld on the Basis of Deliberative Process Privilege [filed June 24, 2008; doc. 396] is taken under advisement.

**ORDERED:** The Motion by the United States for Limited Protective Order Staying Depositions of Certain Witnesses from Criminal Trial [filed September 17, 2008; doc. 466] is denied for the reasons stated on the record. The depositions of Lee Wolfe, Afshin Mohebbi, Greg Casey, and Robin Szeliga may go forward. The United States Attorney General's Office shall receive the deposition notice if any of these persons' depositions are noticed.

**ORDERED:** Plaintiff Securities and Exchange Commission's Motion for a Protective Order to Quash Defendant James J. Kozlowski's Notice of 30(b)(6) Deposition [filed October 17, 2008; doc. 482] is granted for the reasons stated on the record.

**ORDERED:** James J. Kozlowski's Motion for Protective Order [filed October 17, 2008; doc. 483]; Robert S. Woodruff's Motion for Protective Order [filed October 17, 2008; doc. 484]; and Frank T. Noyes' Motion for Protective Order [filed October 17, 2008; doc. 489] are granted in part and denied in part for the reasons stated on the record. The three depositions shall go forward subject to the following conditions:

1) the SEC may question the deponent for the presumptive seven (7) hour time limit;

2) the depositions shall go forward in Denver or the forum where that deponent resides, absent agreement of the parties;

3) the depositions shall be scheduled for a date reasonably convenient to the deponent and counsel; and

4) the SEC shall pay the reasonable attorney fees (counsel's standard hourly rate for representing the deponent in this case) for one (1) attorney to attend the deposition as counsel for the deponent.

The parties state that they wish to fully brief Plaintiff's Motion for an Order Granting Leave to Take Analysts' Depositions During the Expert Phase of Discovery and Other Relief [filed November 26, 2008; doc. 499]. The court allows full briefing of the motion.

**ORDERED:** The Joint Motion to Amend the Schedule [filed December 5, 2008 ; doc. 505] is granted. No further extensions shall be allowed. The deadlines are extended ninety (90) days as set forth below:

**Fact discovery deadline March 9, 2009**
**Rule 26(a)(2) affirmative expert disclosures April 10, 2009**
**Rule 26(a)(2) rebuttal expert disclosures May 11, 2009**
**Rule 702 motions June 12, 2009**
**Dispositive motions deadline June 12, 2009**

All prior rulings regarding expert depositions shall remain in effect.

HEARING CONCLUDED.

**Court in recess:** **4:59 p.m.**
Total time in court: 03:25

To order transcripts of hearings with Magistrate Judge Shaffer, please contact Avery Woods Reporting at (303) 825-6119 or toll free at 1-800-962-3345.