IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

| | |
|---|---|
| Civil Action No.: 05-cv-00480-MSK-CBS | FTR - Reporter Deck - Courtroom A402 |
| Date:   January 12, 2009 | Courtroom Deputy: Nel Steffens |

*Parties:*                                                                  *Counsel:*

SECURITIES AND EXCHANGE                        Polly Atkinson and Thomas J. Krysa,
COMMISSION,

     Plaintiff,

v.

JOSEPH P. NACCHIO,                                      Jeffrey Speiser and Joel M. Silverstein
ROBERT S. WOODRUFF,                                James D. Miller
AFSHIN MOHEBBI,                                          Paul R. Grand and Jasmine M. Juteau
JAMES J. KOZLOWSKI,                                  Phillip L. Douglass
FRANK T. NOYES,                                           Forrest W. Lewis

     Defendants.

UNITED STATES OF AMERICA,                   Peter Leary and Kevin Traskos

     Interested Party.

## COURTROOM MINUTES/MINUTE ORDER

**HEARING:   TELEPHONIC STATUS CONFERENCE**
**Court in Session:       1:28 p.m.**
Court calls case. Appearances of counsel. Counsel appearing by telephone: Peter Leary, Jeffrey Speiser, Joel Silverstein, Paul Grand, Jasmine Juteau, and James Miller.

Discussion regarding Joint Motion for Leave, #530.

Discussion regarding clarification of response deadline as to Defendant Nacchio's Motion to Dismiss, #519, and Renewed Motion for Protective Order, #523.

**ORDERED:   1.        The response deadline as to the Renewed Motion by the United States**

> for Limited Protective Order Staying Depositions of Certain Witnesses from Criminal Trial, #523, and Motion by Joseph P. Nacchio for Entry of an Order Dismissing the Second Amended Complaint, or, in the Alternative, Vacating the "State Secrets" Protective Order is January 21, 2009.

Discussion regarding discovery deadlines and depositions.

**ORDERED: 2.    The Joint Motion for Leave to Take the Deposition of Defendant Joseph P. Nacchio After the Close of Discovery (#530, filed January 7, 2009) is GRANTED.**

Discussion regarding volume of motions filed.

Hearing concluded.

**Court in recess:    1:52 p.m.**
Total time in court:    00:24

To order transcripts of hearings with Magistrate Judge Shaffer, please contact Avery Woods Reporting at (303) 825-6119 or toll free at 1-800-962-3345.