IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

| | |
|---|---|
| Civil Action No.: 05-cv-00480-MSK-CBS | FTR - Reporter Deck - Courtroom A402 |
| Date: February 03, 2009 | Courtroom Deputy: Debra Brown |

*Parties:*                                                          *Counsel:*

SECURITIES AND EXCHANGE
COMMISSION,

    Plaintiff,

v.

JOSEPH P. NACCHIO,
ROBERT S. WOODRUFF,
AFSHIN MOHEBBI,
JAMES J. KOZLOWSKI,
FRANK T. NOYES,

    Defendants.

UNITED STATES OF AMERICA,

    Interested Party.

## COURTROOM MINUTES/MINUTE ORDER

**HEARING:   DISCOVERY CONFERENCE**

**Court in Session: 8:01 a.m.**

Court calls case.  Appearances of counsel.

Courts opening remarks.
The Deposition and testimony of Mr. Wolfe re: conversations with senior management disclosures of IRU's at issue:
Statements by Kevin Evans
Statements by Caroline Wolverton

**ORDERED:** The Court determines the line of questions for the deposition of James Kozlowski is limited as more clearly defined on the record.

**ORDERED:** [515] MOTION to Dismiss Second Amended Complaint Or, In The Alternative, Vacating "State Secrets" Protective Order by Defendant is **deemed WITHDRAWN** as refiled by Document #519.

**ORDERED:** [542] Unopposed MOTION for Protective Order of James J Kozlowski for Protective Order Pending Determination of his Appeal of December 9, 2008 Order, or in the Alternative to Stay December 9, 2008 Order, and Local Rule 7.1A Certification by Defendant is **GRANTED.**

Hearing concluded.

**Court in recess: 8:15**
Total time in court: 00:14

To order transcripts of hearings with Magistrate Judge Shaffer, please contact Avery Woods Reporting at (303) 825-6119 or toll free at 1-800-962-3345.