IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Craig B. Shaffer

| | |
|---|---|
| Civil Action No.: 05-cv-00480-MSK-CBS | FTR - Reporter Deck - Courtroom A402 |
| Date:   March 31, 2009 | Courtroom Deputy: Linda Kahoe |

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | Polly Atkinson<br>Thomas J. Krysa<br>Barbara T. Wells |
| Plaintiff, | |
| v. | |
| JOSEPH P. NACCHIO, | Sean M. Berkowitz |
| ROBERT S. WOODRUFF, | David Meister |
| AFSHIN MOHEBBI, | Patrick J. Burke<br>Paul R. Grand (telephone)<br>Jasmine M. Juteau (telephone)<br>Jennifer L. Achilles (telephone) |
| JAMES J. KOZLOWSKI, | Phillip L. Douglass |
| FRANK T. NOYES, | Jennifer Gedde |
| Defendants, | |
| and | |
| UNITED STATES OF AMERICA, | Kevin Traskos<br>Peter Leary |
| Intervenor. | |

## COURTROOM MINUTES/MINUTE ORDER

**HEARING:   MOTIONS HEARING**
**Court in session:        3:14 p.m.**
Court calls case.  Appearances of counsel.  Paul R. Grand, Jasmine M. Juteau and Jennifer L. Achilles joined via telephone.

Discussion and arguments by counsel.

Plaintiff makes an oral motion to withdraw Plaintiff's Motion for an Order Granting Leave to Take Analysts' Depositions During Expert Phase of Discovery and Other Relief (doc #499, filed 11/26/2008).

**ORDERED:** Plaintiff's oral motion to withdraw Plaintiff's Motion for an Order Granting Leave to Take Analysts' Depositions During Expert Phase of Discovery and Other Relief (doc #499, filed 11/26/2008) is **GRANTED** and doc. #499 is **WITHDRAWN**.

For reasons stated on the record, it is:

**ORDERED:** Motion by Joseph P. Nacchio for Entry of an Order Dismissing the Second Amended Complaint or, in the Alternative, Vacating the "State Secrets" Protective Order (doc #519, filed 12/26/2008) is **DENIED.**

The court advises counsel of applicable case law. Mr. Berkowitz makes an oral motion to file supplemental briefs. Discussion regarding 5th Amendment rights and supplemental briefs. There were no objections to the oral motion.

**ORDERED:** Mr. Berkowitz's oral motion to file supplemental briefs on the 5th Amendment question is **GRANTED**. Supplemental briefs are due no later than Monday, April 6, 2009.

**ORDERED:** Motion of James J. Kozlowski to File the Following Document Under Seal: James J. Kozlowski's Reply to Securities and Exchange Commission's Response to Defendant Nacchio's Motion to Dismiss or Vacate Protective Order, and Local Rule 7.1A Certification (doc #553, filed 1/26/2009) is **GRANTED.**

**ORDERED:** Unopposed Motion of Afshin Mohebbi to Take Certain Depositions After the Close of Fact Discovery (doc #592, filed 2/10/2009) is **GRANTED**.

**ORDERED:** Defendant's Unopposed Motion to Amend the Schedule (doc #609, filed 3/24/2009) is **GRANTED IN PART**. Deadlines shall be extended as follows:
Rule 26(a)(2) affirmative expert disclosures by April 30, 2009
Rule 26(a)(2) rebuttal expert disclosures by May 30, 2009
Rule 702 Motions by June 30, 2009
Dispositive Motions by June 30, 2009

Discussion regarding interrogatories. The court states it has concerns regarding undue burden and proposes that Mr. Douglass send Ms. Atkinson a draft of his interrogatories. The court suggests that Ms. Atkinson review the proposed interrogatories within 48 hours. To the extent there is a dispute, counsel should schedule a Rule 7.1 conference to determine an appropriate number of interrogatories to be served.

Ms. Atkinson makes statements regarding deposition deadlines. The court expects the depositions to be completed before May 30th and it will not extend the deadline.

HEARING CONCLUDED.
**Court in recess**: **4:32 p.m.**
Total time in court: 01:18

To order transcripts of hearings with Magistrate Judge Shaffer, please contact Avery Woods Reporting at (303) 825-6119 or toll free at 1-800-962-3345.