**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Craig B. Shaffer**

| | |
|---|---|
| **Civil Action No.:  05-cv-00480-MSK-CBS** | **FTR** - Reporter Deck - Courtroom A402 |
| **Date:   February 16, 2010** | **Courtroom Deputy:**  Linda Kahoe |

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | Polly Arlene Atkinson<br>Thomas J. Krysa<br>Christopher Pickman Friedman |
| Plaintiff, | |
| v. | |
| JOSEPH P. NACCHIO, | Nathan H. Seltzer (via phone) |
| ROBERT S. WOODRUFF, | Steven R. Glaser (via phone)<br>Andrew M. Good (via phone) |
| AFSHIN MOEHBBI, | Patrick J. Burke<br>Jasmine M. Juteau (via phone)<br>Jennifer Lynn Achilles (via phone) |
| JAMES J. KOZOLOWSKI, | Kevin D. Evans<br>Phillip L. Douglass |
| FRANK T. NOYES, | Forrest W. Lewis |
| Defendants, | |
| USA, | Peter Decklin Leary (via phone) |
| Intervenor. | |

**COURTROOM MINUTES/MINUTE ORDER**

**HEARING:   MOTION HEARING**
**Court in session:**      1:30 p.m.
Court calls case.  Appearances of counsel.

Discussion and arguments regarding:

Defendant James J. Kozlowski's Motion to Strike Declaration of Blaine Gilles and Information Relied Upon Therein, and Rule 7.1A Certification, doc #[681], filed 11/2/2009;

Motion to Strike the Untimely and Improper "Expert Sur Reply Report of Blaine Gilles, PhD." and Information Relied Upon Therein, and Rule 7.1A, doc #[692], filed 1/4/2010;

Motion to Strike The "Expert Sur Reply Report of Blaine Gilles, PhD" and Information Relied Upon Therein, and Rule 7.1A Certification, doc #[695], filed 1/5/2010;

Defendant Joseph P. Nacchio's Motion to Strike the Expert Sur Reply Report of Blaine Gilles, Ph.D. and Information Relied Upon Therein, and Rule 7.1A Certification, doc #[697], filed 1/5/2010; and

Motion to Strike the "Expert Sur Reply Report of Blaine Gilles, Ph.D" and Information Relied Upon Therein, and Rule 7.1A Certification, doc #[698], filed 1/5/2010.

Motions are taken under advisement.

HEARING CONCLUDED.

**Court in recess**:       **2:47 p.m.**
Total time in court:     01:17

To order transcripts of hearings with Magistrate Judge Shaffer, please contact Avery Woods Reporting at (303) 825-6119 or toll free at 1-800-962-3345.