## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO
### Magistrate Judge Craig B. Shaffer

| | |
|---|---|
| Civil Action No.: 05-cv-00480-MSK-CBS | **FTR** - Reporter Deck - Courtroom A402 |
| Date: April 1, 2010 | Courtroom Deputy: Linda Kahoe |

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | Polly Arlene Atkinson |
| | Thomas J. Krysa |
| | Barbara Tolliver Wells |
| Plaintiff, | |
| v. | |
| JOSEPH P. NACCHIO, | Nathan H. Seltzer (via phone) |
| | Sean M. Berkowitz (via phone) |
| ROBERT S. WOODRUFF, | David Meister |
| AFSHIN MOEHBBI, | Patrick J. Burke |
| | Jasmine M. Juteau |
| | Jennifer Lynn Achilles (via phone) |
| JAMES J. KOZOLOWSKI, | Kevin D. Evans |
| | Phillip L. Douglass |
| FRANK T. NOYES, | Forrest W. Lewis |
| Defendants, | |
| USA, | Kevin Thomas Traskos |
| Intervenor. | |

## COURTROOM MINUTES/MINUTE ORDER

**HEARING: PRELIMINARY PRETRIAL CONFERENCE**
**Court in session:   9:14 a.m.**
Court calls case. Appearances of counsel.

Discussion regarding Judge Krieger's Opinion and Order, doc #[735], filed 3/31/2010.

The court states that pending motions #[639] (Joint Motion for Order to Determine Admissibility), #[650] (Renewed Motion to Exclude), and #[732] (Motion to Change Venue) were not implicated by the summary judgment ruling.

Discussion regarding the Motion to Strike Declaration of Blaine Gilles, doc #[681]; Motion to Strike the Untimely and Improper "Expert Sur Reply", doc #[692]; Motion to Strike The "Expert

Sur Reply Report", doc #[695]; Defendant Joseph P. Nacchio's Motion to Strike, doc #[697]; and Motion to Strike the "Expert Sur Reply", doc #[698]. In light of Judge Krieger's Order, the court feels these motions are moot.

Mr. Evans agrees that the motions are moot.

Mr. Krysa states that the SEC is still analyzing Judge Krieger's Opinion, and the SEC has not determined if they will file a Motion to Reconsider. If the SEC determines they will file a Motion for Reconsideration, the court suggests that it be filed in advance of the April 14th hearing.

For the reasons as stated on the record, it is:

**ORDERED:** Motion to Strike Declaration of Blaine Gilles, doc #[681]; Motion to Strike the Untimely and Improper "Expert Sur Reply", doc #[692]; Motion to Strike The "Expert Sur Reply Report", doc #[695]; Defendant Joseph P. Nacchio's Motion to Strike, doc #[697]; and Motion to Strike the "Expert Sur Reply", doc #[698] are **HELD IN ABEYANCE.**

Discussion regarding the proposed preliminary pretrial order.

Discussion regarding Judge Krieger's views on stipulations

Discussion regarding Motions in Limine.

Discussion regarding witness lists.

**ORDERED**: In the next version of the Proposed Preliminary Pretrial Order, the parties shall submit separate witness lists. The parties shall provide a list of primary witnesses and a list of "may call" or secondary witnesses. Each Defendant shall provide their independent list, and also provide an aggregate list.

Discussion regarding exhibits lists.

**ORDERED:** The next Preliminary Pretrial Conference is set for **JUNE 29, 2010 at 10:00 a.m.** The next version of the Proposed Preliminary Pretrial Order shall be filed on or before **JUNE 18, 2010.** Plaintiff is directed to submit to the Defendants their portion of the revisions, their revised witness list, and their revised exhibit list no later than **JUNE 1, 2010.**


HEARING CONCLUDED.
**Court in recess:** 10:52 a.m.
Total time in court: 01:38

To order transcripts of hearings with Magistrate Judge Shaffer, please contact Avery Woods Reporting at (303) 825-6119 or toll free at 1-800-962-3345.