IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
HONORABLE MARCIA S. KRIEGER

| Courtroom Deputy: | Patricia Glover | Date: June 28, 2010 |
| Court Reporter: | Paul Zuckerman | |

Civil Action No.   05-cv-0480-MSK-CBS

*Parties*:

SECURITIES AND EXCHANGE
COMMISSION,

*Counsel*:

Polly A. Atkinson
Thomas J. Krysa
Barbara T. Wells

        Plaintiff,

v.

JOSEPH P. NACCHIO;
ROBERT WOODRUFF;
AFSHIN MOHEBBI;
JAMES KOZLOSKI;
FRANK T. NOYES,

Sean Berkowitz
Nathan Seltzer
Andrew Good
David Meister
Steven Glaser
Paul Grand
Jasmine Juteau
Patrick Burke
Phillip L. Douglass
Kevin Evans
Forrest W. Lewis

        Defendants.

## COURTROOM MINUTES

HEARING: Motions

**1:31 p.m.     Court in session**

Peter Leary and Caroline Wolverton are present on behalf of the U.S. Intelligence Community.

The Court addresses the plaintiff's Motion to Clarify (**Doc. #768**).

Argument by Mr. Meister. No further argument from the remaining defense counsel. Argument by Mr. Krysa.

**ORDER:** By Order Setting Hearing (**Doc. #773**), the Motion to Clarify (**Doc. #768**) was effectively **GRANTED.** The parties will file any additional information regarding summary judgment by **July 28, 2010.**

**ORDER:** The motions to strike filed by defendants Kozlowski, Mohebbi and Nacchio (**Doc. #782, 783 and 784**) are **DENIED.**

 2:08 p.m. **Court in recess**

**Total Time: 37 minutes.**
**Hearing concluded.**