# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
## Magistrate Judge Craig B. Shaffer

| | |
|---|---|
| **Civil Action No.:** 05-cv-00480-MSK-CBS | **FTR** - Reporter Deck - Courtroom A402 |
| **Date: July 6, 2011** | **Courtroom Deputy:** Laura Galera |

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | Thomas J. Krysa |
| Plaintiff, | |
| v. | |
| ROBERT S. WOODRUFF, | Patrick J. Burke |
| | Steven Glaser |
| FRANK T. NOYES, | Forrest W. Lewis |
| Defendants, | |
| USA, | Caroline L. Wolverston |
| Intervenor. | |

## COURTROOM MINUTES/MINUTE ORDER

**HEARING: PRELIMINARY FINAL PRETRIAL CONFERENCE**
**Court in Session:     10:49 a.m.**
Court calls case. Appearances of counsel.

Argument from Mr. Krysa regarding Plaintiff Securities and Exchange Commission's Motion to Strike Supplemental Expert Disclosures of Defendant Robert S. Woodruff and for Preclusion of Witnesses Under Fed. R. Civ. P. 16 and 37 [860].

For the reasons as stated on the record, it is:

**ORDERED:** Plaintiff Securities and Exchange Commission's Motion to Strike Supplemental Expert Disclosures of Defendant Robert S. Woodruff and for Preclusion of Witnesses Under Fed. R. Civ. P. 16 and 37 [860] is DENIED.

**ORDERED:** An additional Preliminary Final Pretrial Conference is set **AUGUST 9, 2011 at 10:00 a.m.** All lead counsel are ordered to be physically present. A proposed Final Pretrial Order is due **AUGUST 5, 2011.**

Discussion regarding setting a settlement conference.

**SETTLEMENT CONFERENCE** is set for **SEPTEMBER 7, 2011 AT 8:30 a.m.**
Attorney(s) and Client(s)/Client Representative(s), including an adjustor if an insurance company is involved, with the authority to recommend settlement **are to be present in person** for the Settlement Conference. Counsel will not suffice to satisfy the foregoing requirement.

Each party shall submit an Updated Confidential Settlement Statement to Magistrate Judge Shaffer **on or before AUGUST 31, 2011** outlining the facts and issues in the case and the party's settlement position. In addition, each party shall disclose what it is willing to offer or accept in settlement.

Parties participating in ECF shall e-mail Confidential Settlement Statements, which are fifteen (15) pages or less including attachments, in PDF format to **Shaffer_Chambers@cod.uscourts.gov**.  ALL Confidential Settlement Statements that are over fifteen (15) pages including attachments are to be submitted to the court as hard copies and shall be delivered to the office of the Clerk of the Court in an envelope marked "PRIVATE PER MAGISTRATE JUDGE SHAFFER'S ORDERS."

HEARING CONCLUDED.
**Court in recess:** 11:32 a.m.
Total time in court: 00: 43

To order transcripts of hearings with Magistrate Judge Shaffer, please contact Avery Woods Reporting at (303) 825-6119 or toll free at 1-800-962-3345.