IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 05-cv-00480-MSK-CBS

SECURITIES AND EXCHANGE COMMISSION,

    Plaintiff,

v.

ROBERT S. WOODRUFF, and
FRANK T. NOYES,

    Defendants.

_____

### ORDER DISMISSING CLAIMS
_____

**THIS MATTER** comes before the Court on the Security and Exchange Commission's Unopposed Motion to Dismiss Claims Against Frank T. Noyes (Motion) **(#924)** filed February 3, 2012. Having reviewed the Motion,

**IT IS ORDERED** that the Motion is **GRANTED** and any and all claims asserted by Plaintiff Securities and Exchange Commission against Defendant Frank T. Noyes are hereby dismissed, with prejudice, each party to pay his, her or its own costs.

DATED this 3rd day of February, 2012.

                                                  BY THE COURT:

                                                Marcia S. Krieger
                                                United States District Judge